UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN KORNBLUTH,

                    Plaintiff,

        -against-                                        26-CV-207 (JGLC)

EQUIFAX INFORMATION SERVICES, LLC, et              **ORDER**
al.,

                    Defendants.

JESSICA G. L. CLARKE, United States District Judge:

On February 12, 2026, the Court ordered Plaintiff to file a redlined version of his

Amended Complaint by February 17, 2026. ECF No. 37. However, as of this date, Plaintiff has

failed to comply with the Court's directive without otherwise filing a letter or requesting an

extension. Accordingly, as soon as practicable, and no later than **February 27, 2026**, Plaintiff is

directed to file his redline.

Dated: February 25, 2026
            White Plains, New York

                                                SO ORDERED.

                                                _Jessica Clarke_

                                                JESSICA G. L. CLARKE
                                                United States District Judge