UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN KORNBLUTH, | |
| Plaintiff, | |
| -against- | 26-CV-207 (JGLC) |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | **ORDER** |
| Defendants. | |

JESSICA G. L. CLARKE, United States District Judge:

The parties were previously directed to submit a joint letter, including a proposed Case Management Plan and Scheduling Order ("CMP"), by March 26, 2026. ECF No. 16. The Court has received no submission yet. By **March 30, 2026**, the parties are directed to submit their letter and proposed CMP.

Dated: March 27, 2026
        White Plains, New York

                                        SO ORDERED.

                                        *Jessica Clarke*
                                        _____

                                        JESSICA G. L. CLARKE
                                        United States District Judge