IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

STEVEN KORNBLUTH,

                Plaintiff,

          -v-

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, TRUIST BANK, M&T BANK, and U.S. BANK, N.A.,

                Defendants.

Civil Case Number:  7:26-cv-00207-JGLC

## [PROPOSED] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' June 25, 2026, Stipulation of Dismissal, all claims asserted against Defendant **TRANS UNION, LLC, <u>only</u>,** in Civil Action No. **7:26-cv-00207-JGLC**, are dismissed with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED.

Dated: June 26, 2026
     White Plains, New York

_____
HONORABLE JESSICA G. L. CLARKE
UNITED STATES DISTRICT JUDGE