**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**STEVEN KORNBLUTH,**

**Plaintiff,**

**-v-**

**EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, TRUIST BANK, M&T BANK, and U.S. BANK, N.A.,**

**Defendants.**

**Civil Case Number: 7:26-cv-00207-JGLC**

**~~[PROPOSED]~~ DISMISSAL ORDER**

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' July 7, 2026, Stipulation of Dismissal, all claims asserted against Defendant **EQUIFAX INFORMATION SERVICES, LLC, only,** in Civil Action No. **7:26-cv-00207-JGLC**, are dismissed with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED.**

Jessica Clarke

Dated: July 10, 2026
White Plains, New York

HONORABLE JESSICA G. L. CLARKE
UNITED STATES DISTRICT JUDGE